# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LORI ANN HARRIS**                                                    **PLAINTIFF**

V.                  **CASE NO. 4:14CV00416-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                            **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Lori Ann Harris's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 4th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE